## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: Jener Mendoza  )  Case no. 12-04632
      Eriberta Mendoza  )
        )  Chapter 13
        )
      Debtors  )  Judge: Bruce W. Black
        )

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Jener Mendoza  
Eriberta Mendoza  
21540 Essex Dr  
Crest Hill, IL 60403  

Sulaiman Law Group  
900 Jorie Blvd #150  
Oak Brook, IL 60523  

Please take notice that on Friday, March 4, 2016 at 10:00 am, a representative of this office shall appear before the Honorable Judge Bruce W. Black at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Friday, February 5, 2016.

/s/ Melissa Shanklin  
For: Glenn Stearns, Trustee

---

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtors filed a petition under the Bankruptcy Code on February 09, 2012.
2. The debtors plan was confirmed on June 26, 2012.

A Summary of the debtors plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $947.00 | Last Payment Received: | January 13, 2016 |
| Amount Paid: | $39,369.00 | Amount Delinquent: | $2,841.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtors with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL 60532-4350  
Ph: (630) 981-3888

/s/ Gerald Mylander  
For: Glenn Stearns, Trustee